**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.          1:26-cv-22219-KMM

ANTHONY ALEXANDER PEREZ,

      Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS INC,
TRANS UNION LLC,
and LOBEL FINANCIAL CORPORATION,

      Defendant(s).

_____/

**SUMMONS IN CIVIL ACTION**

To:

      **Experian Information Solutions Inc**
      **c/o CT Corporation System**
      **1200 South Pine Island Road**
      **Plantation, Florida 33324**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Talal Rashid, Esq.
PATTI ZABALETA LAW GROUP
110 SE 6th Street 17th Floor, Fort Lauderdale, Florida 33301
E-mail: Talal@pzlg.legal / Phone: 305-332-6201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Mar 31, 2026
_____

Angela E. Noble
Clerk of Court

s/ S.Carlson
_____ __
Deputy Clerk
U.S. District Courts

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.    1:26-cv-22219-KMM

**ANTHONY ALEXANDER PEREZ,**

      Plaintiff,

v.

**EXPERIAN INFORMATION SOLUTIONS INC,**
**TRANS UNION LLC,**
and **LOBEL FINANCIAL CORPORATION,**

      Defendant(s).

_____/

## SUMMONS IN CIVIL ACTION

To:

      **Trans Union LLC**
      **c/o Corporation Ser  ice Company**
      **1201 Hays Street**
      **Tallahassee, Florida 32301**

A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Talal Rashid, Esq.
PATTI ZABALETA LAW GROUP
110 SE 6th Street 17th Floor, Fort Lauderdale, Florida 33301
E-mail: Talal@pzlg.legal / Phone: 305-332-6201

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:   Mar 31, 2026
_____

*s/ S.Carlson*
_____ __
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.        1:26-cv-22219-KMM

**ANTHONY ALEXANDER PEREZ,**

      Plaintiff,

v.

**EXPERIAN INFORMATION SOLUTIONS INC,**
**TRANS UNION LLC,**
and **LOBEL FINANCIAL CORPORATION**,

      Defendant(s).

_____/

## SUMMONS IN CIVIL ACTION

To:

      **Lobel   Financial Corporation**
      **c/o CT Corporation System 1200**
      **South Pine Island Road**
      **Plantation, Florida 33324**

A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Talal Rashid, Esq.
PATTI ZABALETA LAW GROUP
110 SE 6th Street 17th Floor, Fort Lauderdale, Florida 33301
E-mail: Talal@pzlg.legal / Phone: 305-332-6201

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: ____Mar 31, 2026_____

s/ S.Carlson

_____ ___
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court